NOVEMBER 8, 2012

No. 12–6528. DANENBERG v. GEORGIA. Sup. Ct. Ga. Certiorari dismissed under this Court's Rule 46.1.

No. 12A474. WETZEL, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. v. MICHAEL. Application to vacate stay of execution of sentence of death entered by the United States Court of Appeals for the Third Circuit on November 8, 2012, presented to JUSTICE SOTOMAYOR, and by her referred to the Court, denied. JUSTICE ALITO took no part in the consideration or decision of this application.

NOVEMBER 9, 2012

No. 12–62. PEUGH v. UNITED STATES. C. A. 7th Cir. Certiorari granted.

No. 12–207. MARYLAND v. KING. Ct. App. Md. Certiorari granted.

No. 12–96. SHELBY COUNTY, ALABAMA v. HOLDER, ATTORNEY GENERAL, ET AL. C. A. D. C. Cir. Certiorari granted limited to the following question: "Whether Congress' decision in 2006 to reauthorize § 5 of the Voting Rights Act under the pre-existing coverage formula of § 4(b) of the Voting Rights Act exceeded its authority under the Fourteenth and Fifteenth Amendments and thus violated the Tenth Amendment and Article IV of the Constitution."

No. 12–133. AMERICAN EXPRESS CO. ET AL. v. ITALIAN COLORS RESTAURANT ET AL. C. A. 2d Cir. Certiorari granted. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.